

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas, Appellant

No. 06-16-00032-CR     v.

Jamel McLelland Fowler, Appellee

Appeal from the 196th District Court of Hunt County, Texas (Tr. Ct. No. 30,511). Opinion on Remand delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, The State of Texas, pay all costs of this appeal.

RENDERED JULY 6, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk